erred in failing to exclude from evidence his statements to the police because they were the product of coercive interrogation, and therefore involuntary.

We have reviewed the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 30.25(b).

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. An extended opinion would have no precedential value or serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

**In the Interest of H.R.**

**No. ED 99656.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 12, 2013.

**STATE of Missouri, Respondent,**

v.

**Lawrence MADISON, Appellant.**

**No. ED 99530.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 12, 2013.

Dennis Jay Curland, Clayton, MO, for appellant.

Michael Edward Myers, St. Louis, MO, for respondent.

Before MARY K. HOFF, P. J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

Andrew C. Hooper, Jefferson City, MO, for Respondent.

Amanda P. Faerber, St. Louis, MO, for Appellant.

Before MARY K. HOFF, P.J., KURT S. ODENWALD, J. and ANGELA T. QUIGLESS, J.

*ORDER*

PER CURIAM.

P.H. appeals from the trial court's judgment terminating her parental rights to H.R. We affirm.

**ORDER**

PER CURIAM.

Appellant Lawrence Madison ("Madison") appeals the judgment of conviction entered by the Circuit Court of the City of